Michael Stone-Molloy, Esq. SBN 224271
THE LION'S LAW OFFICE
355 S Grand Ave, Ste 2450
Los Angeles, CA 90071
(818) 257-9250
Fax: (213) 927-3635

Attorneys for Plaintiff JOHN BAKER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION**

| | |
|---|---|
| JOHN BAKER, an individual, ) | Case No.: 1:16-cv-00840-DAD-SAB |
| Plaintiff, ) | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| vs. ) | |
| COTTRELL, INC.; DOES 1 TO 25, inclusive, ) | |
| Defendants. ) | |

TO:  ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

This matter being set for a Scheduling Conference on September 19, 2016 at 8:30 am, and good cause appearing for the continuance thereof, in that Defendant has not yet filed a responsive pleading or otherwise appeared, but based on Plaintiff's counsel's representations Defendant intends to appear shortly, the Scheduling Conference is hereby CONTINUED to October 17, 2016 at 3:45 p.m. before Magistrate Judge Stanley A. Boone.

- 1 -

1  A joint scheduling report is due one week before the new
2  conference date.

IT IS SO ORDERED.

Dated: __September 14, 2016__

UNITED STATES MAGISTRATE JUDGE