# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAKER,<br><br>      Plaintiff,<br><br>v.<br><br>COTTRELL, INC.,<br><br>      Defendant. | Case No. 1:16-cv-00840-DAD-SAB<br><br>ORDER ADDRESSING PLAINTIFF'S OBJECTIONS TO AMENDED NOTICE OF VIDEO DEPOSITION<br><br>(ECF No. 28) |

On October 24, 2016, the scheduling order in this action issued. (ECF No. 15.) On June 22, 2017, the parties filed a stipulation to amend the scheduling order and the Court conducted an informal telephonic conference to discuss the requested amendments. (ECF No. 23.) On June 23, 2017, an order was filed granting in part the parties' stipulation to amend the scheduling order and Plaintiff's deposition is to be conducted by July 14, 2017. (ECF No. 24.) On July 11, 2017, Plaintiff filed objections to Defendant's amended notice of video deposition. (ECF No. 28.) The Court notes Plaintiff's objections, but the parties are advised that the video deposition shall be conducted by July 14, 2017, and Plaintiff's objections are not good cause to seek an extension of time to conduct the deposition.

IT IS SO ORDERED.

Dated: **July 12, 2017**

UNITED STATES MAGISTRATE JUDGE

1