# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAKER,<br><br>       Plaintiff,<br><br>    v.<br><br>COTTRELL, INC.,<br><br>       Defendant. | Case No. 1:16-cv-00840-DAD-SAB<br><br>ORDER SETTING MOTION FOR RECONSIDERATION RE PRO HAC VICE ORDER (ECF No. 25) AND MOTION TO STRIKE DEFENDANT'S MOTION FOR RECONSIDERATION (ECF No. 26) FOR HEARING ON AUGUST 16, 2017, AT 10:00 A.M.<br><br>ORDER SETTING MOTION FOR REVOCATION OF PRO HAC VICE STATUSES (ECF No. 33) FOR HEARING ON AUGUST 30, 2017, AT 10:00 A.M. |

    This action was filed on June 16, 2016. On June 26, 2017, Defendant filed a motion for reconsideration of the order granting pro hac vice status to Plaintiff's counsel, Brian Wendler, and set the motion before United States District Judge Dale A. Drozd. (ECF No. 25.) On July 10, 2017, Plaintiff filed a motion to strike Defendant's motion for reconsideration, and set the motion before United States District Judge Dale A. Drozd. (ECF No. 26.) On July 20, 2017, Defendant filed a response to Plaintiff's motion to strike. (ECF No. 30.) On July 27, 2017, United States District Judge Dale A. Drozd referred Defendant's motion for reconsideration of the order granting pro hac vice status to Brian Wendler and Plaintiff's related motion to strike Defendant's motion for reconsideration to the undersigned and vacated the August 15, 2017 hearing on both motions. (ECF No. 32.)

1 | Therefore, the Court sets the hearing on the motion for reconsideration of the order granting pro hac vice status to Brian Wendler (ECF No. 25) and Plaintiff's related motion to strike Defendant's motion for reconsideration (ECF No. 26) for August 16, 2017, at 10:00 a.m. in courtroom 9 before the undersigned.

On July 28, 2017, Plaintiff filed a motion to revoke the pro hac vice statuses of Defendant's counsel, Daniel Carpenter and Amy Lorenz-Moser. (ECF No. 33.) Plaintiff set the motion for hearing on August 15, 2017, before United States District Judge Dale A. Drozd. On July 28, 2017, United States District Judge Dale A. Drozd referred Plaintiff's motion to revoke the pro hac vice status of Daniel Carpenter and Amy Lorenz-Moser to the undersigned and vacated the August 15, 2017 hearing on the motion. (ECF No. 34.)

The Local Rules provide that all motions shall be noticed on the motion calendar of the assigned judge not less than twenty-eight days from the filing of the motion and the responding party shall file an opposition or statement of non-opposition fourteen days prior to the noticed hearing date. L.R. 230(b). The Court notes that while Plaintiff set his motion to revoke the pro hac vice statuses of Daniel Carpenter and Amy Lorenz-Moser for August 15, 2017, that date is less than twenty-eight days from the date of filing of the motion.[1] The Court also notes that no order shortening time has issued and the parties have not filed a stipulation to shorten the time for the hearing on the motion. Pursuant to the Local Rules, the Court will set Plaintiff's motion to revoke the pro hac vice statuses of Daniel Carpenter and Amy Lorenz-Moser for the undersigned's next available calendar that is at least twenty-eight days from the filing of the motion. Therefore, the Court sets Plaintiff's motion to revoke the pro hac vice statuses of Daniel Carpenter and Amy Lorenz-Moser for August 30, 2017, at 10:00 a.m. in courtroom 9 before the undersigned.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant's motion for reconsideration of the order granting pro hac vice status to Brian Wendler (ECF No. 25) and Plaintiff's related motion to strike Defendant's

---

[1] The Court recognizes that Plaintiff may have set the motion for August 15, 2017, because that was the date that the Court had continued Defendant's motion to revoke the pro hac vice status of Plaintiff's counsel and Plaintiff's related motion to strike to.

|   |   |
|---|---|
| 1 | motion for reconsideration (ECF No. 26) are set for hearing on August 16, 2017, |
| 2 | at 10:00 a.m. in courtroom 9 before the undersigned; and |
| 3 | 2.     Plaintiff's motion to revoke the pro hac vice statuses of Daniel Carpenter and |
| 4 | Amy Lorenz-Moser (ECF No. 33) is set for hearing on August 30, 2017, at 10:00 |
| 5 | a.m. in courtroom 9 before the undersigned. |

IT IS SO ORDERED.

Dated:   **July 31, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

3