# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COTTRELL, INC., et al.<br><br>　　　　Defendants. | Case No. 1:16-cv-00840-DAD-SAB<br><br>ORDER RE CLAIMANT ZURICH AMERICAN INSURANCE COMPANY'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 58) |

On October 3, 2017, Claimant Zurich American Insurance Company filed a substitution of attorney form substituting attorney Hector E. Salitrero for attorney Lee M. Mendelson. (ECF No. 58.) However, the Court notes that Hector E. Salitrero is already an attorney of record for Zurich American Insurance Company. It appears that Hector E. Salitrero has changed his address and that Lee M. Mendelson is withdrawing as attorney for Zurich American Insurance Company. Accordingly, the Clerk's Office is HEREBY DIRECTED to change the address of Hector E. Salitrero to the new address in the substitution of attorney form (ECF No. 58) and terminate Lee M. Mendelson as attorney for Zurich American Insurance Company.

IT IS SO ORDERED.

Dated: **October 4, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1