# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>COTTRELL, INC.,<br><br>        Defendant. | Case No. 1:16-cv-00840-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S APPLICATION TO REOPEN DISCOVERY<br><br>(ECF No. 73)<br><br>DEADLINE: FEBRUARY 14, 2018 |

On February 3, 2018, Plaintiff John Baker filed an application to reopen discovery in this action. At this time, the Court will require Defendants to file a responsive pleading, but the matter will not be set for hearing and no reply brief will be considered. Upon reviewing the application and response filed, the Court will order further briefing or set a hearing should it be determined that such is necessary.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file an opposition or statement of non-opposition to Plaintiff's application to reopen discovery on or before February 14, 2018. The matter will be deemed submitted upon the filing of Defendants' responsive pleading.

IT IS SO ORDERED.

Dated: __**February 5, 2018**__

                                                          UNITED STATES MAGISTRATE JUDGE

1