## SECOND AMENDED

## TRIAL EXHIBIT LIST OF DEFENDANT COTTRELL, INC.

(Withdrawing certain exhibits)

Cottrell *may* use some or all of the following exhibits at trial:

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| A1 | Complaint | | | | | |
| B1 | Warranties | | | | | Baker-Cottrells Prod 272-273 |
| C1 | Invoice | X | | | | |
| D1 | Owner's Manual for the rig identified by plaintiff | X | | | | Baker-Cottrells Prod 1-89 |
| E1 | Yellow "Caution" Warning Sticker | X | | | | |
| F1 | Warning Specifications | X | | | | |
| G1 | Tie down precautions warning | X | | | | |
| H1 | withdrawn | X | | | | |
| I1 | Rig Photos | | | | | |
| J1 | Plaintiff's expert disclosures | | | | | |
| K1 | Plaintiff Supplemental Witness Disclosure | | | | | |
| L1 | Plaintiff Designation of Rebuttal Expert | | | | | |
| M1 | Plaintiffs Initial Disclosures | | | | | |
| N1 | Purchase orders | X | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| O1 | Cottrell drawings of rig | X | | | | |
| P1 | Employee Injury Investigation Report | X | | | | |
| Q1 | Supervisor's injury investigation report | X | | | | |
| R1 | Sierra Mountain Express records | X | | | | |
| S1 | Records regarding installation of kit | X | | | | |
| T1 | Work Comp File for Plaintiff | X | | | | |
| U1 | Plaintiffs discovery responses | | | | | |
| V1 | withdrawn | | | | | |
| W1 | CADs of decks | X | | | | |
| X1 | Letter to E. Feldman from Joyce Kessman (Cottrell/Mandeville 0333) | X | | | | |
| Y1 | withdrawn | X | | | | |
| Z1 | withdrawn | X | | | | |
| A2 | Canada Labour Code – part II "regulations respecting occupational safety and health made under part II of the Canada Labour Code" | X | | | | |
| B2 | withdrawn | X | | | | |
| C2 | Cottrell spec sheet memorandum | X | | | | |
| D2 | Still shot of plaintiff from deposition | XJ2 | | | | |
| E2 | Exemplar photo of rig | | | | | |
| F2 | Exhibits to Plaintiff John Baker's Depo | | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| G2 | Tax Returns | X | | | | |
| H2 | Plaintiff's Interrogatory Responses | | | | | |
| I2 | withdrawn | X | | | | |
| J2 | 2004 CTC Fall protection grievance | X | | | | |
| K2 | Baker shoe photos | | | | | |
| L2 | George Widas's file in Baker v. Cottrell | | | | | |
| M2 | Widas report in Baker v Cottrell | | | | | |
| N2 | "Questions and Answers about Vehicle Size and Weight" | | | | | |
| O2 | "Fall Protection Systems for Vehicles - 932-1-IPG-064" | | | | | |
| P2 | "Canada Labour Code Part II Occupational Safety and Health" | | | | | |
| Q2 | Summary of RSP Decision 93-106 | | | | | |
| R2 | 1993 Motor Vehicle Identification and 1993 vehicle dimensions | | | | | |
| S2 | ConsumerGuide Complete Guide to Used Cars 2003 edition | X | | | | |
| T2 | "Passenger vehicles in the United States" | X | | | | |
| U2 | Drawings | | | | | |
| V2 | Federal Size Regulations for Commercial Motor Vehicles | | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| W2 | "Top Ten Best Selling Cars by Model in Europe" 2005, 2007-2008 | | | | | |
| X2 | Product Safety Management Guidelines (second edition) excerpts | | | | | |
| Y2 | 49 CFR § 392.6-393.108 | | | | | |
| Z2 | Weather data | | | | | |
| A3 | GoogleEarth, aerial photography | | | | | |
| B3 | Shoe photos and information | | | | | |
| C3 | Article 30 documents 0001-0073 and NATJAC Documents previously produced | X | | | | |
| D3 | National Master Automobile Transporters Agreement for the periods 2003-2008, 00001-00136 and Supplemental for 2008-2011, 00001-00175 | X | | | | |
| E3 | Health and Safety Agenda | X | | | | |
| F3 | Brightwell Documents | X | | | | |
| G3 | National Master Automobile Transporters Agreement, Article 30 | X | | | | |
| H3 | National Master Automobile Transporters Agreement: 1973-1976 (All below are Article 30) | X | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| I3 | National Master Automobile Transporters Agreement: 1976-1979 | X | | | | |
| J3 | National Master Automobile Transporters Agreement: 1979-1982 | X | | | | |
| K3 | National Master Automobile Transporters Agreement: 1982-1985 | X | | | | |
| L3 | National Master Automobile Transporters Agreement: 1985-1988 | X | | | | |
| M3 | National Master Automobile Transporters Agreement: 1988-1991 | X | | | | |
| N3 | National Master Automobile Transporters Agreement: 1991-1995 | X | | | | |
| O3 | National Master Automobile Transporters Agreement: 1995-1999 | X | | | | |
| P3 | National Master Automobile Transporters Agreement: 1999-2003 | X | | | | |
| Q3 | National Master Automobile Transporters Agreement: 2003-2008 | X | | | | |
| R3 | National Master Automobile Transporters Agreement: 2008-2011 | X | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| S3 | National Master Automobile Transporters Agreement: 2011 - 2015 | X | | | | |
| T3 | Driver's Logs | X | | | | |
| U3 | Allied Automotive Group, Driver Training and Orientation Program Instruction Manual | X | | | | |
| V3 | Other At-Height Industry Photos and Regulations | | | | | |
| W3 | Select FOIA OSHA Allied file documents dismissing citations | X | | | | |
| X3 | Repair and maintenance records | X | | | | |
| Y3 | Federal Vehicle Dimensions Handbook | | | | | |
| Z3 | Diagram Showing Width of Chevy Pickup and Dimensions | | | | | |
| A4 | withdrawn | X | | | | |
| B4 | California Highway Patrol Over-width Citation | X | | | | |
| C4 | Ladder Warning Photo | X | | | | |
| D4 | Ladder Photos from Scene | | | | | |
| E4 | Accident Scene Photos | | | | | |
| F4 | withdrawn | X | | | | |
| G4 | withdrawn | X | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| H4 | Health Insurance Claim Form | X | | | | |
| I4 | withdrawn | X | | | | |
| J4 | Zurich Work Comp Lien Info | X | | | | |
| K4 | Sierra Mountain Express June 15, 2016 Letter | X | | | | |
| L4 | withdrawn | | | | | |
| M4 | withdrawn | X | | | | Summit Ortho 11-12 |
| N4 | withdrawn | X | | | | Summit Ortho 14-18 |
| O4 | withdrawn | X | | | | Summit Ortho 5-6 |
| P4 | withdrawn | X | | | | Univ Ortho Assoc Clovis 3-5 |
| Q4 | withdrawn | X | | | | Univ Ortho Assoc Clovis 5-6 |
| R4 | withdrawn | X | | | | Univ of Ortho Assoc Clovis 8-11 |
| S4 | withdrawn | X | | | | Univ of Ortho Assoc Clovis 12-14 |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| T4 | withdrawn | X | | | | Univ of Ortho Assoc Clovis 15-18 |
| U4 | withdrawn | X | | | | Univ of Ortho Assoc Clovis 19-21 |
| V4 | withdrawn | X | | | | Univ of Ortho Assoc Clovis 23-25 |
| W4 | withdrawn | X | | | | Univ of Ortho Assoc Clovis 26-34 |
| X4 | withdrawn | X | | | | Univ of Ortho Assoc 35-40 |
| Y4 | withdrawn | X | | | | Univ of Ortho Assoc 41-45 |
| Z4 | Warning | | | | | |
| A5 | Trailer Warning | | | | | |
| B5 | Headramp Warning | | | | | |
| C5 | Pltf's Response to Cottrell Stmt. of Undisputed Facts | | | | | |
| D5 | Demo Video Driven On | | | | | |
| E5 | Demo Video Backed On | | | | | |

| DEF.'S EX. NO. | DESCRIPTION OF EXHIBIT | Admission sought by records affidavit | Offered | Admitted | Objection | BATES |
|---|---|---|---|---|---|---|
| F5 | Demo Video Raising Deck | | | | | |
| G5 | | | | | | |
| H5 | | | | | | |
| | **Cottrell may object to the admission of the following exhibits. However, depending on rulings on certain evidentiary issues at trial, Cottrell may use the following exhibits:** | | | | | |
| I5 | withdrawn | X | | | | |
| J5 | Customer Letter Regarding Additional Features Available Immediately for All Cottrell Equipment | X | | | | |
| K5 | withdrawn | X | | | | |
| L5 | Design Drawings for Kit | X | | | | |
| M5 | | | | | | |
| N5 | | | | | | |
| O5 | | | | | | |
| P5 | | | | | | |
| Q5 | | | | | | |
| R5 | | | | | | |
| S5 | | | | | | |
| T5 | | | | | | |

Cottrell reserves the right to use any exhibit listed by another party on their exhibit list.

Cottrell further reserves the right to use additional exhibits which may be used solely for the

purposes of impeachment, or which may become necessary for rebuttal based on the testimony

presented at trial.