UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. BAKER,<br><br>          Plaintiff,<br><br>    v.<br><br>COTTRELL, INC.,<br><br>          Defendant. | Case No. 1:16-cv-00840-DAD-SAB<br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of plaintiff John H. Baker and against defendant Cottrell, INC., according to the special verdict of the trial jury returned in open Court on September 28, 2018.

Dated: September 28, 2018

                              MARIANNE MATHERLY, CLERK OF THE COURT

                              By: */s/ Jami Thorp*
                                    Jami Thorp, Deputy Clerk